UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JANE DOE,<br><br>                Petitioner,<br>v.<br><br>MACQUARIE INVESTMENT<br>MANAGEMENT BUSINESS TRUST,<br><br>                Respondent. | No. 4:19-cv-04112 |

**RESPONDENT'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE 7.1**

Respondent, Macquarie Investment Management Advisers (incorrectly identified as Macquarie Investment Management Business Trust in the caption), by and through its undersigned counsel and in accordance with Federal Rule 7.1, is providing the following corporate disclosure information:

      1.      Macquarie Investment Management Advisers is a series of Macquarie Investment Management Business Trust (a Delaware statutory trust), which is a subsidiary of Macquarie Management Holdings, Inc. ("MMHI").

      2.      MMHI is a subsidiary, and subject to the ultimate control, of Macquarie Group Limited, a global and diversified financial group with headquarters in Sydney, Australia. Macquarie Group Limited is publicly-traded in Australia.

/s/ Linda C. Schoonmaker
Linda C. Schoonmaker
Texas Bar No. 17806300
lschoonmaker@seyfarth.com
Brian A. Wadsworth
Texas Bar No. 24075231
bawadsworth@seyfarth.com
SEYFARTH SHAW, LLP
700 Milam Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 225-2300
Facsimile: (713) 225-2340

OF COUNSEL:

Ellen Rosen Rogoff, Esq. (admitted *pro hac vice*)
Jeffrey A. Lutsky, Esq. (admitted *pro hac vice*)
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA  19107-7018
Telephone: (215)56-8000
Facsimile: (215) 564-8120

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record, as listed below, via the court's electronic filing system, on October 28, 2019:

>Charles A. Sturm, Esq.
>723 Main Street, Suite 330
>Houston, TX 77002
>csturm@sturmlegal.com
>
>*Attorney for Petitioner*

/s/ Linda C. Schoonmaker
Linda C. Schoonmaker

59941003v.1