# Exhibit 1

**From:** Elizabeth Ryan <eryan@coatsrose.com>
**Sent:** Wednesday, October 23, 2019 10:24 AM
**To:** Rogoff, Ellen <ERogoff@STRADLEY.COM>; Charles Sturm <csturm@sturmlegal.com>; Lutsky, Jeffrey <JLutsky@STRADLEY.COM>; Shawn Tusa <stusa@coatsrose.com>; AAA Michele Gomez <MicheleGomez@adr.org>; Peter Taaffe <ptaaffe@txattorneys.com>; Tony Buzbee <tbuzbee@txattorneys.com>
**Subject:** RE: ▇▇▇▇▇▇▇▇ v. Macquarie Investment Management Business Trust - AAA Case 01-19-0000-0062

**\*\*\* External E-Mail – Use Caution \*\*\***

In light of the request for stay of proceedings, and the Respondent's position that it does not oppose a stay of 30 days,   it is ordered that this matter be stayed for 30 days from today's date.
At the conclusion of that period, the ADR representative will contact the parties and the undersigned relative to a determination as to the matter's further handling.
So Ordered.
Elizabeth Haecker Ryan
Arbitrator





**Elizabeth Haecker Ryan**
*Director*

One Canal Place
365 Canal St., Suite 800
New Orleans, Louisiana 70130
Direct: 504.299.3085|Fax: 504.299.3071
eryan@coatsrose.com
www.coatsrose.com

**From:** AAA Michele Gomez <MicheleGomez@adr.org>
**Sent:** Wednesday, October 23, 2019 3:41 PM
**To:** Elizabeth Ryan <eryan@coatsrose.com>; Rogoff, Ellen <ERogoff@STRADLEY.COM>; Charles Sturm <csturm@sturmlegal.com>; Lutsky, Jeffrey <JLutsky@STRADLEY.COM>; Shawn Tusa <stusa@coatsrose.com>; Peter Taaffe <ptaaffe@txattorneys.com>; Tony Buzbee <tbuzbee@txattorneys.com>
**Subject:** RE: ▇▇▇▇▇▇▇ v. Macquarie Investment Management Business Trust - AAA Case 01-19-0000-0062

Good Afternoon,

This will confirm that the above captioned case has been put into abeyance by party agreement for 30 days from today.  We will ask for a status update on November 22, 2019.

Thank you,
*Jacqueline Vega on behalf of Michele Gomez*



**AAA Michele Gomez**
**Manager of ADR Services**

American Arbitration Association

T: 401 431 4848  F: 401 435 6529  E: MicheleGomez@adr.org
1301 Atwood Ave, Suite 211N, Johnston, RI 02919
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.