UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

JANE DOE,

            Petitioner,

v.

MACQUARIE INVESTMENT
MANAGEMENT BUSINESS TRUST,

            Respondent.

No. 4:19-cv-04112

## RESPONDENT'S REPORT TO THE COURT REGARDING PAYMENT AND STATEMENT REGARDING INITIAL DISCLOSURES

1.      The court issued its Order on Anonymity, Surplusage, and Jurisdiction on November 15, 2019 (the "Order").

2.      In accordance with the Order, respondent filed a submission detailing its fees and costs associated with responding to Doe's complaint on November 22, 2019. The submission set forth a total amount of $32,220.50 ($32,318.20 in attorneys' fees and $2.30 in costs).

3.      Doe filed a notice of and objection to payment of costs on November 29, 2019, which was the last date in the Order to make the required reimbursement to respondent. Respondent filed a brief supplement to its submission on December 2, 2019.

4.      As set forth in her notice and objection, Doe objected to making any payment other than for the $2.30 in costs.

5.      Counsel for Doe advised he was unable to deliver the $2.30 payment to respondent's Houston counsel on November 29, 2019 because counsel's office building was closed for the

Thanksgiving holiday. A check in this amount was received by respondent's counsel on December 3, 2019.

6. No additional payments have been received by respondent since that date.

7. Respondent understands from the Order that the court intends to dismiss this case after Doe has completely complied with the Order.

8. In view of the anticipated dismissal, respondent believes that the obligation to exchange initial disclosures set forth in the court's previous October 22, 2019 Order for Conference in this matter is no longer required.

Respectfully submitted,

*/s/ Linda C. Schoonmaker*

Linda C. Schoonmaker
Texas Bar No. 17806300
lschoonmaker@seyfarth.com
Brian A. Wadsworth
Texas Bar No. 24075231
bawadsworth@seyfarth.com
SEYFARTH SHAW, LLP
700 Milam Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 225-2300
Facsimile: (713) 225-2340

OF COUNSEL:

Ellen Rosen Rogoff, Esq. (admitted pro hac vice)
Jeffrey A. Lutsky, Esq. (admitted pro hac vice)
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA  19107-7018
Telephone: (215)564-8000
Facsimile: (215) 564-8120

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record, as listed below, via the court's electronic filing system, on December 19, 2019.

Linda C. Schoonmaker