UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 15, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| Jane Doe, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-19-4112 |
| | § | |
| Macquarie Investment Management | § | |
| Advisers, | § | |
| | § | |
| Defendant. | § | |

## Order on Remand

1.  Paragraphs 1 and 5 of the Order on Anonymity, Surplusage, and Jurisdiction are vacated.

2.  The court will leave to the arbitrator the questions of (a) Doe's disclosure of the confidential facts involved in the arbitration, (b) her disclosing Macquarie Investment Management Advisers' identity, and (c) her anonymity.

3.  This case is dismissed for lack of jurisdiction.

Signed on January 14, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge